UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JESSIE ST. AMANT                                         CIVIL ACTION

VERSUS                                                   NO. 14-1430

CHIEF OF POLICE DABEDEE, ET AL.                          SECTION "F"(3)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the captioned matter is **TRANSFERRED** to the United States District Court for the Middle District of Louisiana.

New Orleans, Louisiana, this __17th__ day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE